UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Daniel J. Meindl, | Civil No. 05-2543 (DWF/JJG) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Warden J.F. Caraway, | |
| Respondent. | |

Daniel J. Meindl, *Pro Se*, Petitioner.

David M. Genrich, Assistant United States Attorney, for Respondent.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham, dated November 7, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner Daniel J. Meindl's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 26, 2007        <u>s/Donovan W. Frank</u>
                                 DONOVAN W. FRANK
                                 Judge of United States District Court